**Form odefo**  (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  20–20955                              Chapter:  13

In re:

Caleb K Ausmus                                    Amanda N Ausmus
1341 E 54th Terrace                               1341 E 54th Terrace
Olathe, KS 66062                                  Olathe, KS 66062

SSN: xxx–xx–9702                                  SSN: xxx–xx–3863

| | **Filed and** |
| --- | --- |
| | **Entered By The Court** |
| **ORDER TO CORRECT DEFECTIVE DOCUMENT(S)** | **11/17/20** |
| | **David D. Zimmerman** |
| | **Clerk of Court** |
| | **US Bankruptcy Court** |

The following document was filed in this matter and is defective for the following reason(s):

*47* – Amended Schedules. E/F to Add Kansas Payment Center Fee Amount $31 Filed by Joint
Debtor Amanda N Ausmus, Debtor Caleb K Ausmus. (Attachments: # 1 Declaration) (Fera, Garry)

**Give proper notice to parties. DEC106 needs to be filed with the amended schedules.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 48 – 47                          s/   Robert D. Berger
                                          Judge, United States Bankruptcy Court

Case 20-20955   Doc# 48   Filed 11/17/20   Page 1 of 1

# Notice Recipients

District/Off: 1083–2     User: admin          Date Created: 11/17/2020
Case: 20–20955           Form ID: odefo       Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Garry Addam Fera          bankruptcy@wagonergroup.com

TOTAL: 1