# UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

In re    Caleb K Ausmus and Amanda N Ausmus      Case No.    20-bk-20955

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC | Lakeview Loan Servicing, LLC as serviced by Flagstar Bank, FSB |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):    12-1
Amount of Claim:    $195,994.25
Date Claim Filed:    July 29, 2020

Phone:      866-709-3400      Phone:      800-393-4887
Last Four Digits of Acct #    2143      Last Four Digits of Acct #8400

Name and Address where transferee payments should be sent (if different from above):
**Community Loan Servicing, LLC**
**Attn: Cashiering Dept.**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**
Phone:      866-709-3400
Last Four Digits of Acct #:    2143

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    */s/Kinnera Bhoopal*        Date:    12/21/2021
     Authorized Agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

COMMUNITY LOAN SERVICING, LLC PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT COMMUNITY LOAN SERVICING, LLC.

In Re:                                          Bankruptcy Case No.:        20-bk-20955
          Caleb K Ausmus and Amanda N Ausmus
                                                Chapter:                    13

                                                Judge:                      Robert D. Berger


                        CERTIFICATE OF SERVICE

     I, Kinnera   Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

     That I am, and at all times hereinafter mentioned, was more than 18 years of age;

     That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Caleb K Ausmus
Amanda N Ausmus
1341 E 154TH TERRACE
OLATHE, KS 66062


Garry Addam Fera                                (*served via ECF Notification*)
15095 W 116TH STREET
OLATHE, KS 66062


William H. Griffin, Trustee                     (*served via ECF Notification*)
5115 ROE BLVD STE 200
ROELAND PARK, KS 66205-2392

United States Trustee                           (*served via ECF Notification*)
OFFICE OF THE UNITED STATES TRUSTEE
301 NORTH MAIN SUITE 1150
WICHITA, KS 67202


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


 Executed on:    12/21/2021        By:   */s/Kinnera   Bhoopal*
                    (date)               Kinnera   Bhoopal
                                         Authorized Agent for Transferee

This form is intentionally blank.

The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).

Refer to the BNC Certificate of Notice entry to view the actual form.