# United States Bankruptcy Court

District of Kansas
Case No. 20-20955
Chapter 13

In re: Debtor(s) (including Name and Address)

Caleb K Ausmus
1341 E 154th Terrace
Olathe KS 66062

Amanda N Ausmus
1341 E 154th Terrace
Olathe KS 66062

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2021.

Name and Address of Alleged Transferor(s):

Claim No. 12: Lakeview Loan Servicing, LLC, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098

Name and Address of Transferee:

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/25/21

David D. Zimmerman
**CLERK OF THE COURT**

United States Bankruptcy Court

District of Kansas

In re:                                                                     Case No. 20-20955-RDB

Caleb K Ausmus                                                             Chapter 13

Amanda N Ausmus

    Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-2                  User: admin                          Page 1 of 2

Date Rcvd: Dec 23, 2021              Form ID: trc                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

**Recip ID              Recipient Name and Address**
9514427         + Lakeview Loan Servicing, LLC, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Garry Addam Fera | on behalf of Joint Debtor Amanda N Ausmus bankruptcy@wagonergroup.com fera@wagonergroup.com;feraar52985@notify.bestcase.com;bankruptcy@wagonergroup.com;wmlecf@gmail.com |
| Garry Addam Fera | on behalf of Debtor Caleb K Ausmus bankruptcy@wagonergroup.com fera@wagonergroup.com;feraar52985@notify.bestcase.com;bankruptcy@wagonergroup.com;wmlecf@gmail.com |
| Karl R. Swartz | on behalf of Creditor Southwest National Bank kswartz@morrislaing.com |
| Pamela R Putnam | on behalf of Creditor Lakeview Loan Servicing  LLC pputnam@atllp.com, BKdeptmailbox@atllp.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

District/off: 1083-2

Date Rcvd: Dec 23, 2021

User: admin

Form ID: trc

Page 2 of 2

Total Noticed: 1

William H Griffin

inquiries@13trusteekc.com

TOTAL: 6

Case 20-20955   Doc# 89   Filed 12/25/21   Page 3 of 3