# United States Bankruptcy Court

District of Kansas
Case No. 20-20955
Chapter 13

In re: Debtor(s) (including Name and Address)

Caleb K Ausmus
1341 E 154th Terrace
Olathe KS 66062

Amanda N Ausmus
1341 E 154th Terrace
Olathe KS 66062

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/26/2022.

Name and Address of Alleged Transferor(s):

Claim No. 12: Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146

Name and Address of Transferee:

Lakeview Loan Servicing ,et al
2121 Waukegan Road,Suite 300
Bannockburn,Kansas  60015

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/28/22

David D. Zimmerman
**CLERK OF THE COURT**

In re:                                                                                    Case No. 20-20955-RDB

Caleb K Ausmus                                                                    Chapter 13

Amanda N Ausmus

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9704822 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2022 20:12:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022                Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor U.S. Bank National Association bkty@msfirm.com  cwoolverton@ecf.courtdrive.com |
| Karl R. Swartz | on behalf of Creditor Southwest National Bank kswartz@morrislaing.com |
| Pamela R Putnam | on behalf of Creditor Lakeview Loan Servicing  LLC pputnam@atllp.com, BKdeptmailbox@atllp.com |
| Ryan A Blay | on behalf of Joint Debtor Amanda N Ausmus blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |

Ryan A Blay
                    on behalf of Debtor Caleb K Ausmus blay@wagonergroup.com
                    bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Timothy Joel Thompson
                    on behalf of Creditor Lakeview Loan Servicing  LLC tithompson@LOGS.com, logsecf@logs.com;ltarpley@logs.com

Timothy Joel Thompson
                    on behalf of Creditor Lakeview Loan Servicing  LLC enote vesting-- tithompson@LOGS.com,
                    logsecf@logs.com;ltarpley@logs.com

U.S. Trustee
                    ustpregion20.wi.ecf@usdoj.gov

William H Griffin
                    on behalf of Trustee William H Griffin inquiries@13trusteekc.com

William H Griffin
                    inquiries@13trusteekc.com


TOTAL: 10